# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| | ) |
| VJ Technologies, Inc. | ) ASBCA Nos. 58972, 58973, 59405 |
| | ) |
| Under Contract No. SPM4A8-12-C-0023 | ) |

APPEARANCES FOR THE APPELLANT:         Michael A. Gatje, Esq.
                                       Steven A. Neeley, Esq.
                                         Husch Blackwell LLP
                                         Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Daniel K. Poling, Esq.
                                         DLA Chief Trial Attorney
                                       Edward R. Murray, Esq.
                                       Michael P. Chiffolo, Esq.
                                         Trial Attorneys
                                         DLA Aviation
                                         Richmond, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 9 April 2015

DAVID W. JAMES, JR.
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58972, 58973, 59405, Appeals of VJ Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals